United States District Court
Southern District of Texas
**ENTERED**
August 06, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **CARLOS FEDERICO NINO TOVAR,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-01333** |
| | § | |
| **WARDEN OF RIO GRANDE DETENTION CENTER, *et al.*,** | § | |
| | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On August 4, 2026, the Court ordered Respondents to release Petitioner from custody immediately, under reasonable conditions of release, and to submit a status report to the Court confirming Petitioner's release within 24 hours. (Dkt. 7 at 4.) The Court has not received a status update from either party despite the expiration of Respondents' 24-hour deadline.

Accordingly, the parties are **ORDERED** to provide the Court with a status update on Petitioner's release from custody by **August 10, 2026, at 5:00 PM** Central Time.

IT IS SO ORDERED.

SIGNED this August 6, 2026.

Diana Saldaña
United States District Judge